CJA 7 (Rev. 9/05)

**FILED**

JUL 20 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

LOCATION CODE ___CAED___

**ORIGINAL**

Docket No. CR.S-09-00137 MCE

United States    vs.    Thomas S. Endicott

ORDER TERMINATING
APPOINTMENT OF COUNSEL ☐
and/or
AUTHORIZATION FOR
DISTRIBUTION OF
AVAILABLE PRIVATE
FUNDS

Check one or both ☑

---

WHEREAS, Jan Karowsky (and Pete Kmeto) was appointed as counsel for the above defendant/petitioner, on the 31 day of July, 2009; and

WHEREAS, the court finds that funds are available from or on behalf of the above named defendant/petitioner for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation, and that the above defendant/petitioner is therefore financially able to obtain counsel or to make partial payment for representation, and/or for other services necessary for adequate representation;

IT IS THEREFORE:

Check one or both

☐ ORDERED that the appointment of said counsel is hereby terminated.

☑ AUTHORIZED/DIRECTED that such funds in the amount of $ 30,642.11 be paid by said defendant/petitioner or by September 1, 2012 as follows:

*(enter specific terms of repayment, i.e., date due if lump-sum payment; schedule and amounts of each payment if installment payment.)*

PAYMENT DUE IMMEDIATELY TO:

Clerk of Court
U.S. District Court - Eastern District of California
501 I Street
Sacramento, CA 95814

ATTN: CJA General Fund

Dated this 5th day of July, 2012

_____
United States Judge/Magistrate

DISTRIBUTION:   COURT'S FILE   COURT APPOINTED COUNSEL   PERSON REPRESENTED   CLERK'S FILE